JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON WILLIAMS, | NO. CV 23-6250-FMO(E) |
| Petitioner, | |
| v. | JUDGMENT |
| K. NOONAN, ET AL., | |
| Respondents. | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: October 23, 2023

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE